IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY MCHALE, | No. C 03-01128 CRB |
| Plaintiff, | **ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE** |
| v. | |
| ANN ENOS, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Elizabeth Laporte's Report and Recommendation regarding defendant's motion to enforce settlement. No objections to the Report were filed. The Court finds the Report well-reasoned and thorough, and adopts it in every respect. The motion is therefore DENIED for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: May 17, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\1128\order 3 enforce settlement.wpd